[No. 39916-1-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN DEAN LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01431-6, James H. Allendoerfer, J., entered December 19, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39931-4-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE E. PARLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01244-7, Linda Lau, J., entered December 9, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 39942-0-I.    Division One.    March 30, 1998.]

*In the Matter of the Personal Restraint of* VERONICA COMPTON, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished per curiam opinion.


[No. 40127-1-I.    Division One.    March 30, 1998.]

T.T.H., *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06611-9, Anthony P. Wartnik, J., entered January 8, 1997. *Affirmed* by unpublished per curiam opinion.